UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FRANCIS SCIOSCIOLE, | No. 2:13-cv-2438 CKD P |
| Petitioner, | |
| v. | ORDER |
| GOWER, | |
| Respondent. | |

On August 22, 2013, petitioner filed an amended petition for writ of habeas corpus. Petitioner did not, however, file a motion for leave to amend. Good cause appearing, IT IS HEREBY OREDERED that:

1. Petitioner is granted 30 days within which to file a motion for leave to amend his petition for writ of habeas corpus. In the motion, petitioner must explain how exactly he wishes to amend his original claims and if he is presenting new claims he must explain his delay in bringing those claims.

/////

/////

/////

/////

/////

1

2. If petitioner files a motion for leave to amend, respondent shall file an opposition within 14 days of service of the motion and petitioner may file a reply within 14 days of service of the opposition.  If petitioner does not file a motion for leave to amend within 30 days, the court will proceed on the original petition.

Dated: September 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
scio2438.mta(1)

2