UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FRANCIS SCIOSCIOLE, | No. 2:13-cv-2438 CKD P |
| Petitioner, | |
| v. | ORDER |
| GOWER, | |
| Respondent. | |

On March 20, 2017, petitioner filed a motion asking that this habeas corpus action be reopened. The court construes the motion as a motion for relief from judgment under Rule 60 of the Federal Rules of Civil Procedure. Good cause appearing, IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion within 21 days. Petitioner may file a reply within 21 days after service of the response.

Dated: April 10, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
scio2438.res