# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD FRANCIS SCIOSCIOLE,** | Case No. 2:13-cv-02438-CKD |
| Petitioner, | **ORDER** |
| v. | |
| **GOWER,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's opposition to Petitioner's motion to reopen his case be filed on or before June 30, 2017.

Dated: June 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE